# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-00582-AWI-GBC (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO SUBMIT FILING FEE AND ORDER DIRECTING CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 10) |

On May 10, 2010, Garrison Johnson ("Plaintiff") filed a motion for the Court to reconsider its order denying Plaintiff's request to proceed in forma pauperis. (Doc. 8). On December 13, 2010, the Court issued an order denying Plaintiff's motion for reconsideration and stated that the action would be dismissed unless Plaintiff paid the filing fee within thirty (30) days of service of the order. (Doc. 10). The deadline has passed and Plaintiff has not paid the filing fee.

For the reasons set forth herein, it is HEREBY ORDERED that:

1. Plaintiff's action is DISMISSED without prejudice for failure to pay the filing fee; and

2. The Clerk of the Court is HEREBY DIRECTED to close the case.

IT IS SO ORDERED.

Dated:　February 3, 2011

　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1