# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JOHNSON,<br><br>             Plaintiff,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>             Defendants. | Case No.  1:10-cv-00582-AWI-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SERVE COMPLAINT ON DEFENDANTS WITHIN ONE-HUNDRED TWENTY DAYS<br><br>(ECF Nos. 21 & 22) |

### I.    Order Directing Plaintiff to Initiate Service of Process

Plaintiff Garrison Johnson is proceeding pro se in this civil action filed on April 5, 2010. On May 13, 2013, the Court screened Plaintiff's second amended complaint and found that it stated some cognizable claims.  (ECF No. 21.)  Plaintiff was ordered to file an amended complaint curing the deficiencies in his non-cognizable claims or to proceed only on the claims found to be cognizable.  On June 6, 2013, Plaintiff filed a notice stating that he only wishes to proceed on the cognizable claims against Defendants D. Foston, M.D. Biter, R. Grissom, F. Ozaeta, Matthew Cate, M. Bostanjian, and an unknown number of Does for subjecting Plaintiff to conditions of confinement in violation of the Eighth Amendment and against Defendant CDCR in its official capacity for violations of the American With Disabilities Act and Rehabilitation Act. 28 U.S.C. § 1915A.  (ECF No. 22.)

1

Plaintiff is not proceeding in forma pauperis and is therefore responsible for serving Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. (See ECF No. 6.) Included with this order are the appropriate service forms and a copy of Rule 4. Unless good cause for an extension of time is shown, Plaintiff must complete service of process and file proof thereof with the Court within one-hundred twenty (120) days from the date of service of this order. Fed. R. Civ. P. 4(m). The following two sections contain instructions on how to serve Defendants.

## II.     Instructions on Completing Service

### A.     Waiver of Service

Plaintiff has the option of notifying Defendants of the commencement of this action and requesting that they waive service of the summons. Fed. R. Civ. P. 4(d)(1). If Plaintiff wishes to do this, he must mail each Defendant (1) the form entitled "Notice of Lawsuit and Request for Waiver of Service for Summons," (2) the form entitled "Waiver of Service of Summons," (3) a copy of the second amended complaint, and (4) a copy of this order. The documents must be addressed directly to each Defendant (not the Attorney General's Office or any other governmental entity), and the documents must be sent by first-class mail or other reliable means. Id. The Waiver of Service of Summons form must set forth the date on which the request is sent and must allow each Defendant at least thirty days to return the waiver to Plaintiff. If Defendants sign and return the waiver forms to Plaintiff, Plaintiff must then file the forms with the Court. After filing the forms with the Court, Plaintiff does not need to do anything further to serve Defendants. Fed. R. Civ. P. 4(d)(4).

### B.     Personal Service

Plaintiff must effect personal service on any Defendants whom Plaintiff does not request to waive service and on any Defendants who are requested to waive service but fail to return the Waiver of Service of Summons form to Plaintiff. In either situation, the summons, a copy of the second amended complaint, and a copy of this order must be personally served on each Defendant (not the Attorney General's Office or any other governmental entity). Plaintiff may not effect personal service himself. Fed. R. Civ. P. 4(c)(2). Service may be effected by any person who is

not a party to this action and who is at least eighteen years old. Id. Plaintiff should review Rule 4(e), provided with this order, as it more fully addresses how personal service is effected.

### III. Conclusion and Order

In accordance with the above, it is HEREBY ORDERED that:

1. The Clerk of the Court shall issue and send Plaintiff seven (7) summonses, and shall send Plaintiff one copy of the following documents:

   a) Second amended complaint filed on April 19, 2013;

   b) "Notice of Lawsuit and Request for Waiver of Service of Summons;"

   c) "Waiver of Service;" and

   d) Rule 4 of the Federal Rules of Civil Procedure;

2. Plaintiff shall complete service of process on Defendants within one-hundred twenty (120) days from the date of service of this order; and

3. Unless good cause is shown, Plaintiff's failure to complete service of process on Defendants and to file proof thereof with the Court within one-hundred twenty days will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 13, 2013**

UNITED STATES MAGISTRATE JUDGE