UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-00582-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE AS PREMATURE<br><br>[ECF No. 50] |

Plaintiff Garrison S. Johnson is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Now pending before the Court is Plaintiff's request for the Court to refer this case to the pro se prisoner settlement conference program. Plaintiff's request must be denied as premature.

The Federal Rules of Civil Procedure authorize settlement discussions at any pretrial conference. Fed. R. Civ. P. 16(c)(I). While federal courts have the authority to require the parties to engage in settlement conferences, they have no authority to coerce settlements. Goss Graphic Systems, Inc. v. DEV Industries, Inc., 267 F.3d 624, 627 (7th Cir. 2001).

This action is proceeding on Plaintiff's second amended complaint against Defendants D. Foston, M.D. Biter, R. Grissom, F. Ozaeta, Matthew Cate, M. Bostanjian, and an unknown number of Does for subjecting Plaintiff to conditions of confinement, in violation of the Eighth Amendment, and

1

against the California Department of Corrections and Rehabilitation (CDCR) in its official capacity for violations of the Americans with Disabilities Act and Rehabilitation Act.

Only Defendants Cate and CDCR have made an appearance in this action, and response to the complaint is currently due on or before December 6, 2013.  Service of process is still outstanding as to all the other named Defendants.  Thus, none of the Defendants have filed a response to the second amended complaint, and there is no basis for settlement conference at this juncture.  Plaintiff is advised that the court may at that time order the parties to participate in a settlement conference as a matter of course, usually as a case nears dispositive motion filing, trial or at the request of all parties.  At this time, however, such an order would be premature, and Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **December 3, 2013**

UNITED STATES MAGISTRATE JUDGE