UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-00582-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANT BOSTANJIAN'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE<br><br>[ECF No. 72] |

　　　Plaintiff Garrison S. Johnson is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Now pending before the Court is Defendant Bostanjian's motion for extension of time to file a response to Plaintiff's complaint, filed February 13, 2014.

　　　Good cause having been presented to the Court,

　　　IT IS HEREBY ORDERED that Defendant Bostanjian is granted until March 7, 2014, within which to file a responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

　Dated: **February 14, 2014**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1