UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-00582-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DENYING MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE AS MOOT<br><br>[ECF Nos. 23, 46, 49] |

　　　　Plaintiff Garrison S. Johnson is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On June 6, 2013, Plaintiff filed a motion for a temporary restraining order and preliminary injunction. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On November 19, 2013, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff filed an Objection on December 18, 2013.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on November 19, 2013, are adopted in full;
2. Plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. No. 23) is DENIED; and
3. Plaintiff's motion for issuance of an order to show cause regarding his motion for injunctive relief (ECF No. 49), is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   March 14, 2014

SENIOR DISTRICT JUDGE