UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>   Defendants. | Case No.: 1:10-cv-00582-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR COURT ORDER TO RECEIVE HIS LEGAL PROPERTY<br><br>[ECF Nos. 44, 47] |

Plaintiff Garrison S. Johnson is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 18, 2013, Plaintiff filed a motion for a court order to allow him to receive his legal property. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On November 19, 2013, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days. No Objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.   The Findings and Recommendations, filed on November 19, 2013, are adopted in full;
3   and
4   2.   Plaintiff's motion for a court order to receive his legal property is DENIED.

6   IT IS SO ORDERED.

7   Dated:   March 14, 2014                                   _____
8                                                              SENIOR DISTRICT JUDGE