# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-00582-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS, DISMISSING CLAIM FROM ACTION, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>[ECF No. 74] |

Plaintiff Garrison S. Johnson is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding on Plaintiff's second amended complaint, filed April 19, 2013, This action is proceeding on Plaintiff's second amended complaint against Defendants D. Foston, M.D. Biter, R. Grissom, F. Ozaeta, Matthew Cate, M. Bostanjian, and an unknown number of Does for subjecting Plaintiff to conditions of confinement, in violation of the Eighth Amendment, and against Defendant California Department of Corrections and Rehabilitation (CDCR) in its official capacity for violations of the Americans with Disabilities Act and Rehabilitation Act.

On December 5, 2013, Defendants Cate and CDCR filed a motion to dismiss the second amended complaint for failure to state a cognizable claim. On December 20, 2013, Defendants Ozaeta and Biter filed a motion to dismiss for failure to state a cognizable claim. On January 23, 2014, Defendant Foston joined in Defendant Ozaeta and Biter's motion to dismiss. On February 4, 2014, Defendant Grissom joined in Defendants' motion.

Plaintiff filed separate oppositions to Defendants' motions on December 26, 2013, and January 6, 2014, respectively.

On January 22, 2014, Defendants Cate and CDCR filed a reply to Plaintiff's opposition.

On January 23, 2014, Defendants Biter, Ozaeta, and Foston filed a reply to Plaintiff's opposition.

On February 19, 2014, the Magistrate Judge issued a Findings and Recommendation to grant in part and deny in part Defendants' motion to dismiss. Specifically, the Magistrate recommended that Defendants' motion to dismiss Plaintiff's claim against Defendant Cate for promulgating or implementing a policy to discriminate against Plaintiff by denying him single-cell status be GRANTED, and Defendants' motion to dismiss be DENIED in all other respects.

The Findings and Recommendation was served on all the parties and contained notice that objections were to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on February 19, 2014, is adopted in full; and
2. Defendants' motions is GRANTED in part and DENIED in part;
3. Plaintiff's claim against Defendant Cate for promulgating or implementing a policy to discriminate against Plaintiff by denying him single-cell status is DISMISSED for failure to state a cognizable claim;
4. Defendants' motion to dismiss is DENIED in all other respects; and
5. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:  April 18, 2014                           _____
                                                 SENIOR DISTRICT JUDGE