UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-00582-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION AND DIRECTING DEFENDANTS TO FILE A FURTHER RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOLLOWING PARTIAL DENIAL OF DEFENDANTS' MOTION TO DISMISS<br><br>[ECF Nos. 79, 81] |

Plaintiff Garrison S. Johnson is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 18, 2014, Defendants' motion to dismiss Plaintiff's second amended complaint was granted in part and denied in part. (ECF No. 79.) Specifically, Plaintiff's claim against Defendant Cate for promulgating or implementing a policy to discriminate against Plaintiff by denying him single-cell status was dismissed from the action for failure to state a cognizable claim, and the motion to dismiss was denied in all other respects.

On March 7, 2014, Defendant Bostanjian filed an answer to the second amended complaint, and a discovery and scheduling order was issued on April 28, 2014. (ECF Nos. 76, 80.)

///

///

///

1

1  Following the denial of partial denial of Defendants' motion to dismiss, Defendants are
2  HEREBY DIRECTED to follow a further response to Plaintiff's second amended complaint within
3  twenty (20) days from the date of service of this order.

5  IT IS SO ORDERED.

6  Dated:  **July 1, 2014**

                                            UNITED STATES MAGISTRATE JUDGE