# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | Case No.: 1:10-cv-00582-AWI-SAB (PC) |
| Plaintiff, | |
| v. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| CDCR, et al., | |
| Defendants. | |

Garrison S. Johnson, CDCR # D-59672, a necessary and material witness in a settlement conference in this case on October 16, 2014, is confined in California State Prison, Los Angeles County (LAC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman to appear by video conference from LAC on Thursday, October 16, 2014 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by video conference in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, LAC, 44750 60th Street West, Lancaster, California 93536:**

**WE COMMAND** you to produce the inmate named above by video conference to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court.

///

///

///

///

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **August 26, 2014**

UNITED STATES MAGISTRATE JUDGE