1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11    GARRISON S. JOHNSON,                   )    Case No.: 1:10-cv-00582-AWI-SAB (PC)
                                             )
12              Plaintiff,                   )
                                             )    ORDER GRANTING STIPULATION TO
13         v.                                )    STAY PROCEEDINGS AND WITHDRAW
                                             )    DISCOVERY
14    CDCR, et al.,                          )
                                             )    [ECF No. 88]
15              Defendants.                  )
                                             )
16    _____   )

17          Plaintiff Garrison S. Johnson is appearing pro se in this civil rights action pursuant to 42

18    U.S.C. § 1983.

19          On September 16, 2014, the parties filed a joint stipulation to stay the proceedings and

20    withdraw discovery.

21          The parties have agreed to attend an early settlement in this matter on October 16, 2014, before

22    Magistrate Judge Kendall J. Newman, and the parties stipulate to stay proceedings until after the

23    settlement conference.  Plaintiff further agreed to withdraw his pending Request for Admissions, Set

24    One, propounded on Defendant Biter on July 31, 2014.

25    ///

26    ///

27    ///

28    ///

                                               1

1    In accordance with the parties' stipulation,

2    IT IS HEREBY ORDERED that:

3    1.   This action is stayed until the parties attend a settlement conference on **October 16, 2014**;

4    2.   Plaintiff's Request for Admission, Set One, propounded on Defendant Biter on July 31,

5         2014, are deemed withdrawn; and

6    3.   In the event that settlement is not achieved on October 16, 2014, Plaintiff may re-serve the

7         Requests for Admission, Set One.

8

9    IT IS SO ORDERED.

10   Dated:   **September 18, 2014**

11                                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2