UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-00582-AWI-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO JOINT STIPULATION TO DISMISS THE ACTION<br><br>[ECF No. 95] |

　　　　Plaintiff Garrison S. Johnson is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On November 21, 2014, the parties filed a joint stipulation to dismiss the action. Accordingly, pursuant to the parties joint stipulation, filed November 21, 2014, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: December 16, 2014        _____
　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1